**IT IS SO ORDERED**

*James Ware*
Judge James Ware

6/14/2010

1  DOUGLAS SMITH (SBN: 101367)
       Email: dsmith@gordonrees.com
2  TARA L. MARTIN (SBN: 189168)
       Email: tmartin@gordonrees.com
3  GORDON & REES LLP
   2211 Michelson Drive, Suite 400
4  Irvine, CA  92612
   Telephone: (949) 255-6950
5  Facsimile: (949) 474-2060

6  Attorneys For Defendant MIDLAND FUNDING, LLC

8              UNITED STATES DISTRICT COURT

9        NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

11 | MARIA PEREZ on behalf of herself and ) | **CASE NO. CV10-01916 JW**
   | all others similarly situated        ) |
12 |                                      ) | **STIPULATION REGARDING**
   |                 Plaintiff,           ) | **EXTENSION OF TIME FOR**
13 |                                      ) | **DEFENDANT MIDLAND**
   |        vs.                           ) | **FUNDING, LLC TO FILE A**
14 |                                      ) | **RESPONSE TO CLASS ACTION**
   | MIDLAND FUNDING, LLC,                ) | **COMPLAINT**
15 |                                      ) |
   |                 Defendant.           ) |
16 |                                      ) | Judicial Officer: James Ware
17 |                                      ) |
18 |                                      ) |

19        Whereas, Plaintiff filed the Class Action Complaint on May 4, 2010, in the
20 United States District Court, Northern District, San Jose Division;

21        Whereas, the Complaint was served on Defendant Midland Funding, LLC
22 ("Defendant") on or about May 6, 2010;

23        Whereas Defendant has recently retained counsel and requires additional
24 time to prepare a pleading in response to the Complaint;

25        Whereas no prior extensions of time to respond to the Complaint have been
26 requested or obtained by the Defendant;

27        IT IS HEREBY STIPULATED, BY AND BETWEEN PLAINTIFF AND
28 DEFENDANT, THROUGH THEIR COUNSEL, THAT:

---

STIPULATION REGARDING EXTENSION OF TIME FOR DEFENDANT TO FILE A RESPONSE TO CLASS
ACTION COMPLAINT - CV-10-01916 JW

1. Defendant MIDLAND FUNDING, LLC shall have an extension of time to file a responsive pleading to the Complaint such that Defendant's responsive pleading is now due on June 16, 2010.

Dated:  June 7, 2010　　　　　　　　　　GORDON & REES LLP

/s/ Douglas Smith_____
Douglas Smith
Tara L. Martin
Attorneys for Defendant MIDLAND FUNDING, LLC

Dated:  June 7, 2010　　　　　　　　　　KEMNITZER, BARRON & KRIEG

/s/ Bryan Kemnitzer_____
Bryan Kemnitzer
Attorneys for Plaintiff

Gordon & Rees LLP
2211 Michelson Drive, Suite 400
Irvine, CA 92612

MCMG/1063619/7954166v.1

- 2 -
STIPULATION REGARDING EXTENSION OF TIME FOR DEFENDANT TO FILE A RESPONSE TO CLASS ACTION COMPLAINT - CV-10-01916 JW