

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| MARIA PEREZ on behalf of herself and all others similarly situated<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>MIDLAND FUNDING, LLC<br><br>　　　　　　　Defendant. | Case No. CV 10-01916 JW<br><br>**STIPULATION RE FILING OF FIRST AMENDED COMPLAINT** |

---

STIPULATION RE FILING OF FIRST AMENDED COMPLAINT, *CIV 10-01916 JW*

Plaintiff Maria Perez and Defendant Midland Funding LLC, through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiff filed her initial Complaint in this action on May 4, 2010; and

WHEREAS, Defendant timely filed a Motion to Dismiss and a Motion to Strike specified allegations of the Complaint; and

WHEREAS, Plaintiff desires to amend the Complaint to clarify her allegations and to address certain of the points raised by Defendant in its motions;

IT IS, THEREFORE, STIPULATED AND AGREED that:

1. Plaintiff may file a First Amended Complaint on or before July 21, 2010.

2. **In light of this Stipulation and Order, Defendant's pending Motions to Dismiss and to Strike (Docket Item Nos. 6 & 7), are DENIED as moot and the November 15, 2010 hearing for those Motions is VACATED.**

**SO STIPULATED.**

Dated: July 1, 2010

DUPRE LAW FIRM, P.C.
LAW OFFICE OF WILLIAM E. KENNEDY
CHAVEZ & GERTLER LLP
KEMNITZER, BARRON & KRIEG LLP

By: /s/ Nance F. Becker
Nance F. Becker
Attorneys for Plaintiff Maria Perez

Dated: July 1, 2010

GORDON & REES LLP

By: _____
Douglas Smith
Attorneys for Defendant
Midland Funding LLC

**\*\*\* IT IS SO ORDERED AS MODIFIED \*\*\***

Dated: July 7, 2010

_____
JAMES WARE
United States District Judge