UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIA PEREZ on behalf of herself and all other similarly situated,<br><br>                    Plaintiff,<br>       v.<br><br>MIDLAND FUNDING, LLC,<br><br>                    Defendant. | Case No.: 10-CV-01916-LHK<br><br>ORDER SETTING CASE MANAGEMENT CONFERENCE |

On October 19, 2010, this Court granted with prejudice Defendant Midland Funding, LLC's Motion to Dismiss Plaintiff's First Amended Complaint ("FAC"). ECF No. 24. Plaintiff appealed and, on March 27, 2013, the Ninth Circuit remanded Plaintiff's case for further proceedings consistent with *Aguayo v. U.S. Bank*, 653 F.3d 912 (9th Cir. 2011). ECF Nos. 25, 30. The Court hereby schedules a case management conference for May 29, 2013, at 2:00 p.m. The parties shall file their joint case management statement by May 22, 2013.

**IT IS SO ORDERED.**

Dated: April 8, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge