1  DOUGLAS SMITH (SBN: 101367)
      Email: dsmith@gordonrees.com
2  TARA L. MARTIN (SBN: 189168)
      Email: tmartin@gordonrees.com
3  GORDON & REES LLP
   2211 Michelson Drive, Suite 400
4  Irvine, CA  92612
   Telephone: (949) 255-6950
5  Facsimile: (949) 474-2060

6  Attorneys For Defendant MIDLAND FUNDING, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| MARIA PEREZ on behalf of herself and all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>MIDLAND FUNDING, LLC,<br><br>Defendant. | **CASE NO. CV10-01916 LHK**<br><br>**REQUEST TO APPEAR BY TELEPHONE AT MAY 29, 2013 CASE MANAGEMENT CONFERENCE**<br><br>Judicial Officer: Lucy H. Koh |

On April 8, 2013, the Court set a Case Management Conference in this matter for May 29, 2013, at 2:00 p.m.  Counsel primarily responsible for the day-to-day handling of this matter for Defendant MIDLAND FUNDING, LLC, are located in Irvine, California, County of Orange.  Based on the time and expense required for Counsel to travel from Irvine to San Jose, Counsel for Midland Funding, LLC request permission to attend the upcoming hearing by telephone.

Therefore, because of the time and cost it would take for Counsel for Midland Funding, LLC to travel to San Jose to the May 29 conference, Midland

/ / /

/ / /

/ / /

1   Funding, LLC respectfully requests that the Court permit them to attend the May
2   29, 2013 Case Management Conference by telephone.
3
4   Dated:  May 20, 2013                    GORDON & REES LLP
5                                           /s/ Douglas Smith
                                            Douglas Smith
6                                           Tara L. Martin
                                            Attorneys for Defendant MIDLAND
7                                           FUNDING, LLC
8
                                      **Order**
9   The foregoing request for telephonic appearance is approved.  **IT IS SO ORDERED.**
10
11  Date: May 21, 2013
                                            *Lucy H. Koh*
12                                          Lucy H. Koh
                                            United States District Court