Ben E. Dupre (SBN # 231191)
(bendupre@gmail.com)
Dupre Law Firm, P.C.
2005 De La Cruz Blvd., Suite 203
Santa Clara, CA 95050
Telephone Number: (408) 727-5377
Facsimile Number: (408) 727-5310

William E. Kennedy (SBN # 158214)
(wkennedy@kennedyconsumerlaw.com)
Law Office of William E. Kennedy
2797 Park Ave. #201
Santa Clara, CA 95050
Phone: (408) 241-1000
Fax: (408) 241-1500

Mark Chavez (SBN # 90858)
CHAVEZ & GERTLER, LLP
42 Miller Ave.
Mill Valley, California 94941
Phone: 415-381-5599
Fax: 415-381-5572

Bryan Kemnitzer (SBN # 66401)
KEMNIZER, BARRON & KRIEG
445 Bush Street, 6th Floor
San Francisco, CA 94108
Phone: 415-632-1900
Fax: 415-632-1901

Attorneys for Plaintiff Maria Perez and the Proposed Classes

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

| | |
|---|---|
| MARIA PEREZ on behalf of herself and all others similarly situated<br><br>                    Plaintiff,<br><br>v.<br><br><br>MIDLAND FUNDING, LLC<br><br>                    Defendant. | Case No. **CV** 10-01916 LHK<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS AND ADMINISTRATIVELY CLOSE FILE PENDING RULING FROM THE CALIFORNIA SUPREME COURT** |

/ / /

WHEREAS, in the Joint Case Management Conference Statement filed by the parties on May 21, 2013, defendant Midland Funding, LLC indicated that it intended to file a motion to compel arbitration of this matter.

WHEREAS, the arbitration clause which appears on the purchase contract relating to the motor vehicle which plaintiff Maria Perez purchased is substantially similar to the arbitration clause in the standard motor vehicle purchase contracts used throughout California for a number of years.

WHEREAS, several state appellate courts, as well as several federal courts have ruled on the issue of whether the arbitration clause in such standard contracts is unconscionable and unenforceable, with varying results.

WHEREAS, the matter of *Sanchez v. Valencia Holding Company*, 135 Cal.Rptr.3d 19 (2011)(review granted) is currently pending in the California Supreme Court, Supreme Court Case No. S199119.  In that case, review was granted of an appellate court decision which held that the standard motor vehicle purchase contract arbitration clause was unconscionable.  The petition for review was granted on March 21, 2012, and the case has been fully briefed since November 13, 2012.  On April 25, 2012, the Supreme Court granted calendar preference to the case pursuant to California Code of Civil Procedure § 1291.2.

WHEREAS, the parties believe that the Supreme Court's decision in *Sanchez v. Valencia Holding Company* may provide clarification concerning the enforceability of the arbitration clause present in plaintiff's purchase contract.

WHEREAS, the parties agree that judicial economy would be best served by placing a stay on this litigation pending the California Supreme Court's ruling in *Sanchez v. Valencia Holding Company.*

1  **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** between

2  Plaintiff MARIA PEREZ and Defendant MIDLAND FUNDING LLC that;

3  1) This litigation is stayed pending the California Supreme Court's ruling in *Sanchez v.*

4  *Valencia Holding Company*;

5  2) The court may administratively close the file; and

6

7  3) When a ruling is made in *Sanchez v. Valencia Holding Company*, the parties shall

8  submit a stipulation to lift the stay and re-open this litigation.

9
                                 GORDON & REES LLP

10

11  Dated:  May 30, 2013           /s/                                                      .
                                   Tara Martin,
12                                 Attorney for Defendant Midland Funding, LLC

13

14

15                                 DUPRE LAW FIRM, P.C.
                                   LAW OFFICE OF WILLIAM E. KENNEDY
16                                 CHAVEZ & GERTLER, LLP
                                   KEMNITZER, BARRON & KRIEG
17

18  Dated:  May 30, 2013           /s/                                                      .
                                   William E. Kennedy,
19                                 Attorney for Maria Perez and the Proposed Class

20

21
                                        **Attestation**
22
         I hereby attest that concurrence in the filing of this document has been obtained
23
    from each of the other signatories.
24

25

26  Dated:  May 30, 2013           /s/                                                      .
                                   William E. Kennedy,
27                                 Attorney for Maria Perez and the Proposed Class

28

STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS       CV 10-01916            3

**ORDER**

**PURSUANT TO STIPULATION, IT IS ORDERED AS FOLLOWS:**

1) This litigation is stayed pending the California Supreme Court's ruling in *Sanchez v. Valencia Holding Company*, California Supreme Court Case No. 199119;

2) the court shall administratively close the file; and

3) when a ruling is made in *Sanchez v. Valencia Holding Company*, the parties shall submit a stipulation to lift the stay and re-open this litigation.

DATED: May 31, 2013

*Lucy H. Koh*
LUCY H. KOH
UNITED STATES DISTRICT JUDGE